**Independent Plumbing & Heating Supply Company, appellee, v. Edward C. Zulley et al., appellants.**
Suit to foreclose mechanic's lien. Judgment for plaintiff. Appeal 'from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed February 17, 1926. Rehearing denied March 31, 1926.
Beasley & Zulley, for appellants. Clyde D. Miller, for appellee.
Mr. Justice Higbee delivered the opinion of the court.

---

**John Huth, appellee, v. Olan King et al., appellants.**
Action for damages from noxious odors resulting from use of premises for slaughtering animals. Judgment for plaintiff. Appeal from the Circuit Court of Franklin county; the Hon. Julius C. Kern, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed February 17, 1926.
S. J. Gee and Williams & Lewis, for appellants. R. E. Smith and F. E. Trobaugh, for appellee.
Mr. Justice Higbee delivered the opinion of the court.

---

**Martin Schnipper, sheriff, for use of R. H. Huschle, appellee, v. C. D. Robinson and Weber Implement & Automobile Company, appellants.**
Action upon replevin bond. Judgment for plaintiff. Appeal from the Circuit Court of St. Clair county; the Hon. Louis Bernreuter, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed February 17, 1926. Rehearing denied March 31, 1926.
T. A. O'Connor, for appellants. Webb & Webb, for appellee.
Mr. Justice Higbee delivered the opinion of the court.

---

**Robbie M. Smith, appellant, v. Maude Robbs and Claude Robbs, appellees.**
Bill to reform contract and to enjoin prosecution of action at law. Bill dismissed. Appeal from the Circuit Court of Pope county; the Hon. A. E. Somers, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed February 17, 1926.
Geo. B. Gillespie and H. A. Evans, for appellant. Fowler & Rumsey and R. Taylor, for appellees.
Mr. Justice Higbee delivered the opinion of the court.